# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS K. POLK AND DELORES POLK,<br><br>          Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION,<br><br>          Defendant. | Case No. 2:15-cv-00862-MCE-CKD<br><br>*Assigned to Chief Judge Morrison C. England, Jr*<br>*Referred to Magistrate Judge Carolyn K. Delaney*<br><br>**ORDER GRANTING BRIEF CONTINUANCE OF DISCOVERY CUTOFF DATE**<br><br>Complaint Filed:  April 22, 2015<br>Trial Date:  March 6, 2017 |

Pursuant to the parties' Stipulation (ECF No. 11), IT IS HEREBY ORDERED THAT, good cause having been shown, the discovery cut-off in this case is continued by forty-five (45) days, from March 7, 2016, to April 21, 2016.

IT IS SO ORDERED.

Dated:  February 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT