UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS POLK, et al., | No. 2:15-cv-0862 MCE CKD |
| PlaintiffS, | |
| v. | ORDER |
| CAPITAL ONE BANK (USA) N.A., | |
| Defendant. | |

The parties have submitted a stipulation and proposed order regarding enforcement of subpoenas served on non-parties to the instant action. The stipulation and proposed order were not served on the responding non-parties. There is no indication in the parties' stipulation whether subpoenaed non-parties Equifax, Inc. and TransUnion have responded to the subpoenas or their position on producing the documents requested under the subpoenas. The subpoenas at issue call for production in Los Angeles, California, Atlanta, Georgia and Chicago, Illinois. As such, any motion to compel compliance with the subpoenas at issue is not properly brought in the Eastern District of California. See Fed. R. Civ. P. 45(d)(2)(B)(i). In light of the above defects evident in the parties' stipulation, the court declines to enter the proposed order.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that the proposed order (ECF 13-1) is denied without prejudice.

Dated: March 25, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 polk0862.subp.den