MARK F. ANDERSON (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiffs Douglas K. Polk and Delores Polk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DOUGLAS K. POLK and DELORES POLK, | Case No. 2:15-cv-00862-MCE-CKD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER GRANTING CONTINUANCE OF DISCOVERY CUTOFF DATE & DATE FOR DISCLOSURE OF EXPERTS** |
| CAPITAL ONE BANK (USA), National Association, | |
| Defendant. | Trial Date: March 6, 2017 |

Whereas, the parties have had a plan in place to complete discovery by the discovery cutoff of April 21, 2016;

Whereas, plaintiffs have taken the Rule 30(b)(6) deposition of defendant Capital One Bank (USA) and the defendant Capital One Bank (USA) has taken the deposition of plaintiff Douglas Polk;

Whereas, plaintiff Delores K. Polk has a serious medical condition that causes her to be unable to sit for her deposition, which had been planned for March 10, 2016 and then March 31, 2016;

**STIP & ORDER FOR CONTINUANCE OF DEADLINES, POLK V CAPITAL ONE, NO. 2:15-CV-00862 MCE-CKD**

For these reasons, the parties hereby stipulate that the deadline to complete factual discovery in this action may be continued to May 31, 2016, and the deadline for expert disclosure may be continued from May 6, 2016, to May 31, 2016, with all other deadlines to remain the same.

Date: April 1, 2016          /s/ *Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street
San Francisco, CA 94104
Suite 914
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Attorney for Plaintiffs

Date: April 1, 2016          /s/ *Connie Y. Tcheng*
Doll Amir & Eley LLP
1888 Century Park East, Suite 1850
Los Angeles, CA 90067
Phone: 310.557.9100
Fax: 310.557.9101
ctcheng@dollamir.com

Attorneys for Capital One Bank (USA), N.A.

## ORDER

Based on the parties' stipulation and for good cause shown, the deadline to complete factual discovery shall be continued to May 31, 2016, and the deadline for expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be continued to May 31, 2016.

IT IS SO ORDERED.

Dated: April 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT