# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS K. POLK AND DELORES POLK,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 2:15-cv-00862-MCE-CKD<br><br>*Assigned to Chief Judge Morrison C. England, Jr*<br>*Referred to Magistrate Judge Carolyn K. Delaney*<br><br>**ORDER GRANTING JOINT STIPULATION FOR LEAVE TO SCHEDULE THE HEARING ON CAPITAL ONE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION ON EITHER SEPTEMBER 8 OR 22, 2016**<br><br>Complaint Filed:   April 22, 2015<br>Trial Date:         March 6, 2017 |

Before this Court is the "Joint Stipulation for Leave to Schedule the Hearing on Capital One's Motion for Summary Judgment or, in the Alternative, Summary Adjudication on Either September 8 or 22, 2016," submitted by Plaintiffs Douglas K. Polk and Delores Polk, and Defendant Capital One Bank (USA), N.A. Good cause having been shown, IT IS HEREBY ORDERED:

1  Capital One's Motion for Summary Judgment, which was filed on July 21, 2016, shall be set for hearing on September 22, 2016 at 2:00 p.m., with deadlines for opposition and reply briefs to be calculated from this date pursuant to the Pretrial Scheduling Order.

IT IS SO ORDERED.

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE