MARK F. ANDERSON (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiffs Douglas K. Polk and Delores Polk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS K. POLK and DELORES POLK,<br><br>  Plaintiff,<br><br>  v.<br><br>CAPITAL ONE BANK (USA), National Associatiopn,<br><br>  Defendant. | Case No. 2:15-CV-00862-MCE-CKD<br><br>**REQUEST FOR APPOINTMENT OF MAGISTRATE JUDGE CAROLYN K. DELANEY TO CONDUCT A SETTLEMENT CONFERENCE AND ORDER** |

The parties in this action hereby request the Court to appoint Magistrate Judge Carolyn K. Delaney to conduct a settlement conference in this action. The parties waive any claim that her having conducted a settlement conference will disqualify her to continue to act as the Magistrate Judge assigned to this action.

Date: July 21, 2016            /s/ *Mark F. Anderson*
                               Mark F. Anderson, SBN 44787
                               Anderson, Ogilvie & Brewer LLP
                               235 Montgomery Street
                               San Francisco, CA 94104
                               Suite 914
                               Phone: 415.651.1951
                               Fax: 415.500.8300
                               mark@aoblawyers.com

                               Attorney for Plaintiffs

**JOINT REQUEST FOR APPT MAGISTRATE JUDGE & ORDER, POLK V CAPITAL ONE, NO. 2:15-CV-00862-MCE-CK**

Date: July 21, 2016

*/s/ Connie Y. Tcheng*
Doll Amir & Eley LLP
1888 Century Park East, Suite 1850
Los Angeles, CA 90067
Phone: 310.557.9100
Fax: 310.557.9101
ctcheng@dollamir.com

Attorneys for Capital One Bank (USA), N.A.

## ORDER

Based on the parties' request (ECF No. 17) and for good cause shown, the Court hereby appoints Magistrate Judge Carolyn K. Delaney to conduct a settlement conference pursuant to Local Rule 270.

IT IS SO ORDERED.

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**JOINT REQUEST FOR APPT MAGISTRATE JUDGE & ORDER, POLK V CAPITAL ONE, NO. 2:15-CV-00862-MCE-CK**