**ANDERSON, OGILVIE & BREWER LLP**
Mark F. Anderson (SBN 44787)
mark@aoblawyers.com
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Phone: 415.651.1951
Fax: 415.500.8300

Attorneys for Plaintiffs Douglas K. Polk and Delores Polk

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS K. POLK AND DELORES POLK,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 2:15-cv-00862-MCE-CKD<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:   April 22, 2015<br>Trial Date:             March 6, 2017 |

    To the Court and all parties, please take notice that this entire case settled on August 25, 2016.

DATED: August 29, 2016        ANDERSON, OGILVIE & BREWER LLP

                                  By:   *Mark F. Anderson*
                                        Mark F. Anderson
                                        Attorney for Plaintiffs