Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiffs Douglas K. Polk and Delores Polk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS K. POLK and DELORES POLK, <br><br> Plaintiffs, <br><br> v. <br><br> CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, <br><br> Defendant. | Case No. 2:15-cv-00862 MCE CKD <br><br> ORDER DISMISSING ENTIRE ACTION |

Based on the stipulation of the parties providing that they agree that all matters between them have been compromised and settled (ECF No. 36), and for good cause shown, Plaintiffs' claims against Defendant Capital One Bank (USA), National Association are hereby DISMISSED, WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: October 4, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order Dismissing Action, Polk v Capital One, No. 15-00862 MCE CKD